UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-3-1BO (1)



| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| V. | ) | I N D I C T M E N T |
|  | ) |  |
| ERIC CHRISTOPHER HALL | ) |  |

The Grand Jury charges that:

COUNT ONE

On or about February 18, 2016, in the Eastern District of North Carolina, ERIC CHRISTOPHER HALL, defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

On or about February 19, 2016, in the Eastern District of North Carolina, ERIC CHRISTOPHER HALL, defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

On or about February 19, 2016, in the Eastern District of North Carolina, ERIC CHRISTOPHER HALL, defendant herein, knowingly

possessed a firearm in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is, possession with the intent to distribute a quantity of cocaine base (crack) and cocaine, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Two of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

### COUNT FOUR

On or about February 19, 2016, in the Eastern District of North Carolina, ERIC CHRISTOPHER HALL, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### COUNT FIVE

On or about March 30, 2016, in the Eastern District of North Carolina, ERIC CHRISTOPHER HALL, defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT SIX

On or about May 4, 2016, in the Eastern District of North Carolina, ERIC CHRISTOPHER HALL, defendant herein, having been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting commerce a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

FORFEITURE NOTICE

Upon conviction of the controlled substance offenses alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations. The Defendant is also given notice of the provisions of Title 18, United States Code, Sections 924(d)(1), as made applicable to these proceedings by virtue of Title 28, United States Code, Section 2461(c), that all the Defendant's interest in the firearms specified herein are subject to forfeiture.

The forfeitable property includes, but is not limited to:

(1) Glock, Model 30, .45 caliber pistol, serial number VNT382.

(2) Amadeo Rossi S.A., Model M68, .38 caliber revolver, serial number D742724

(3) Romarm, model Draco, 7.62x39 caliber pistol, serial number obliterated

(4) Inter Ordnance, model sporter, 7.62x39 caliber rifle, serial number S001352

(5) $3,821.00 in United States Currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

DATE: 1/12/17

JOHN STUART BRUCE
United States Attorney

BY: _____
JOHN H. BENNETT
Assistant United States Attorney
Criminal Division

5