UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-3-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | MOTION TO CONTINUE |
| v. | ) | ARRAIGNMENT |
| | ) | |
| ERIC CHRISTOPHER HALL | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, herein moves to continue the arraignment in this matter, currently scheduled for September 6, 2017. In support of the motion, the Government shows as follows:

1. The defendant is charged as follows: distribution of a quantity of crack cocaine, 21 U.S.C. § 841(a)(1) (Count One); possession with the intent to distribute a quantity of crack cocaine, 21 U.S.C. § 841(a)(1) (Count Two); possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A) (Count Three); felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1) and 924 (Count Four); distribution of a quantity of crack cocaine, 21 U.S.C. § 841(a)(1) (Count Five); and felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1) and 924 (Count Six). Arraignment is now scheduled for September 6, 2017.

2. The defendant's initial appearance on the indictment was held on July 11, 2017. This is the first setting for arraignment. The parties have discussed the possibility of a not guilty plea

and jury trial. However, both parties believe that a one-month continuance to continue negotiations would be productive, conserving judicial resources. Further, at present, the defendant is in the custody of Onslow County for unrelated pending state charges. Counsel for the defendant has been contacted and does not oppose the motion.

    Respectfully submitted this 30th day of August 2017.

                             JOHN STUART BRUCE
                             United States Attorney

                             BY:   /s/ John H. Bennett
                                  JOHN H. BENNETT
                             Assistant United States Attorney
                             Criminal Division
                             215 S. Evans Street, Suite 206
                             Greenville, NC  27858
                             Telephone: (252) 830-0335
                             Fax: (252) 830-1132
                             john.bennett2@usdoj.gov
                             N.C. State Bar No. 12865

CERTIFICATE OF SERVICE

I certify that I have on this 30th day of August 2017, served a copy of the foregoing Motion upon counsel for the defendant by electronic filing via CM/ECF to:

>Mr. James A. Martin
>Assistant Federal Public Defender
>150 Fayetteville Street
>Suite 450
>Raleigh, North Carolina  27601
>Attorney for defendant

>/s/ John H. Bennett
>JOHN H. BENNETT
>Assistant United States Attorney
>Criminal Division
>215 S. Evans Street, Suite 206
>Greenville, NC  27858
>Telephone: (252) 830-0335
>Fax: (252) 830-1132
>john.bennett2@usdoj.gov
>N.C. State Bar No. 12865