UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-3-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ERIC CHRISTOPHER HALL | |

The Defendant's Motion to Sequester Witnesses is hereby GRANTED. All witnesses scheduled to testify at trial shall be sequestered from the courtroom and one another during the course of the trial.

This the 9 day of ~~January,~~ Feb 2018.

TERRENCE W. BOYLE
United States District Judge