UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 7:17-CR-3-1BO

United States of America

vs.

ORDER

Eric Christopher Hall

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to Carrie Hunter-Andrews with ATF in Wilmintong, and remain in his custody through any proceeding on appeal or review:

Government's Exhibits: #6 - Glock - Firearm; # 15 - Revolver - Firearm ; # 16 - Draco 7.62 - Firearm; #17 - Magazine Drum; #18 - Inter Ordinance 7.62 - Firearm; #19 - Sawed off Buttstock; # 20 - Individual 7.62 round; #21 - Bag of 7.62 ammo; #22 - Box of ammo.

Agent: [signature]

This 13th day of February, 2018.

[signature]
TERRENCE W. BOYLE, US District Judge