UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 7:17-CR-3-1BO

United States of America

    vs.                            ORDER

Eric Christopher Hall

    IT IS HEREBY ORDERED that the following jury trial exhibits be returned to Det. Justin Morris with the Jacksonville Police Dept., and remain in his custody through any proceeding on appeal or review:

Government's Exhibits: #1 - Cocaine; # 2 - Black bag; # 4 - Cocaine; #5 - Binder of cocaine; #14 - Cocaine.

Agent: _____ AUSA

This 13th day of February, 2018.

_____
TERRENCE W. BOYLE, US District Judge