IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-3-BO

UNITED STATES OF AMERICA         :
                                 :
            v.                   :
                                 :
ERIC CHRISTOPHER HALL            :


## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the defendant being found guilty by Verdict of a jury to Counts 2-4 and 6 of the Criminal Indictment on February 13, 2018, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:  $3,821.00 in United States currency;

AND WHEREAS, by virtue of the entry of the Verdict, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.    That based upon the entry of the Verdict as to the defendant ERIC CHRISTOPHER HALL, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P.

1

32.2(b)(3).  In accordance with Fed. R. Crim. P. 32.2(b)(4)(A),

this Order shall be final as to the defendant upon sentencing.

2.    That upon sentencing and issuance of the Judgment and

Commitment Order, the Clerk of Court is directed to incorporate

a reference to this Order of Forfeiture in the applicable

section of the Judgment, as required by Fed. R. Crim. P.

32.2(b)(4)(B).

3.    That pursuant to 21 U.S.C. § 853(n), the United States

shall publish notice of this Order and of its intent to dispose

of the property in such manner as the Attorney General or the

Secretary of Treasury directs, by publishing and sending notice

in the same manner as in civil forfeiture cases, as provided in

Supplemental Rule G(4).  Any person other than the defendant,

having or claiming any legal interest in the subject property

must file a petition with the Court within 30 days of the

publication of notice or of receipt of actual notice, whichever

is earlier.

The petition must be signed by the petitioner under penalty

of perjury and shall set forth the nature and extent of the

petitioner=s right, title, or interest in the subject property,

and must include any additional facts supporting the

petitioner's claim and the relief sought.

4.   That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED.  This ___ day of June, 2018.


_____
TERRENCE W. BOYLE
United States District Judge