UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-3-1BO

UNITED STATES OF AMERICA    )
    )    MOTION TO CONTINUE
v.    )    SENTENCING
    )
ERIC CHRISTOPHER HALL    )

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, herein moves to continue the sentencing hearing in this matter, currently scheduled for August 21, 2018. In support of the motion, the Government shows as follows:

1.    The defendant was convicted at trial of the following crimes: possession with the intent to distribute a quantity of cocaine, 21 U.S.C. § 841(a)(1) (Count Two); possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A) (Count Three); felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1) and 924 (Count Four); and felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1) and 924 (Count Six). On August 7, 2018, sentencing was noticed for August 21, 2018 in Raleigh.

2.    The undersigned is counsel for the Government is U.S. v. Samuel Holder, 5:17-CR-272-2FL. By order dated July 31, 2018, sentencing in that matter was peremptorily set for August 21, 2018

in New Bern.  The sentencing is contested, and has been continued at behest of the defendant on several occasions.

3.  The Government respectfully request that the sentencing hearing be continued until September 2018.  Counsel for the defendant has been contacted and has no opposition to the motion.

Respectfully submitted this 8th day of August 2018.

ROBERT J. HIGDON, JR.
United States Attorney


BY:   /s/ John H. Bennett
      JOHN H. BENNETT
Assistant United States Attorney
Criminal Division
215 S. Evans Street, Suite 206
Greenville, NC  27858
Telephone: (252) 830-0335
Fax: (252) 830-1132
john.bennett2@usdoj.gov
N.C. State Bar No. 12865

<u>CERTIFICATE OF SERVICE</u>

I certify that I have on this 8th day of August 2018, served a copy of the foregoing Motion upon counsel for the defendant by electronic filing via CM/ECF to:

Mr. H. P. Williams, Jr.
203 North Road Street
Elizabeth City, North Carolina  27909
Attorney for defendant

 /s/ John H. Bennett
JOHN H. BENNETT
Assistant United States Attorney
Criminal Division
215 S. Evans Street, Suite 206
Greenville, NC  27858
Telephone: (252) 830-0335
Fax: (252) 830-1132
john.bennett2@usdoj.gov
N.C. State Bar No. 12865