FILED

AUG 1 7 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ SAB _____ DEP-CLK

8/9/18

Judge Boyle,

This Eric C. Hall. Attorney H.P. Williams, Jr came to see me and asked me did I want him to withdraw from my case. I told him to please do (yes) cause I don't trust him. Mr. Boyle that's why I said what I did at my sentencing 6/20/18 in front of Mr. Williams. Judge Boyle Mr. Williams said he was going file a motion to withdraw from my case, will you please grant it and appoint me a new attorney.

Judge Boyle you had the government to redo my (PSI) report. 6/20/18 Mr. Williams redid my objections and he never even came to see me about it. I want to fight the ghost dope. (198 oz) CW-3 Emily M. Barnes put on me. The probation officer said CW-3 has been deemed credible and reliable. Judge Boyle I have proof she lied to police. CW-3 statement Feb. 19th 2016 she said she didn't know anything about know

drugs or gun in her hotel room. 4/29/16 she call (911) and provided false information. Affidavit (pg. 4 #11.) SOI #2 is Emily M. Barnes CW-3 second statement about Feb, 19 2016 hotel incident she made May 3rd 2016. She knew anything and everything the Det. asked, so her first statement was a lie, then. 11/9/18 a month before my trial for her to testify she got arrested in Nash County for trafficking opium and cocaine. That was the same drugs in her hotel room Feb, 19th 16 that I got charge for. Plus I have an letter from her Mother Ms. Teresa B. Barnes saying Emily is not capable of telling the truth she take anything she says with a grain of salt. What ever that means... but I can prove everything I said.

    Judge Boyle (CW-3) Emily M. Barnes word is not reliable or credible.

Thank You<br>
Jesse C. Hall