IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00003-BO

UNITED STATES OF AMERICA :
: **NOTICE OF ABANDONMENT**
v. : **OF FORFEITURE PROCEEDINGS**
:
ERIC CHRISTOPHER HALL :

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, informs the Court that it hereby abandons further forfeiture proceedings against the subject property named in the Indictment [DE# 1] and forfeited by the defendant in the Preliminary Order of Forfeiture. [DE# 81]. The undersigned has been advised by its client agency that the subject $3,821.00 in U. S. currency is not in federal custody. Hence, the Government will not continue its efforts to pursue forfeiture as to this particular asset in this criminal forfeiture action, but the property will be left with the custodial agency for disposition pursuant to its own policies and regulations.

1

Respectfully submitted this 22nd day of October, 2018.

                    ROBERT J. HIGDON, JR.
                    United States Attorney

                    BY:  /s/ Matthew L. Fesak
                         MATTHEW L. FESAK
                    Assistant United States Attorney
                    Civil Division
                    310 New Bern Avenue
                    Federal Building, Suite 800
                    Raleigh, NC 27601-1461
                    Telephone: (919) 856-4530
                    Facsimile: (919) 856-4821
                    E-mail: matthew.fesak@usdoj.gov
                    NC State Bar #35276
                    Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that I have on this 22nd day of October, 2018, served a copy of the foregoing Motion for Issuance of Order of Forfeiture upon counsel electronically via ECF:

David William Long
Email: dwlong@poynerspruill.com

                        ROBERT J. HIGDON, JR.
                        United States Attorney


                        BY:  /s/ Matthew L. Fesak
                              MATTHEW L. FESAK
                        Assistant United States Attorney
                        Civil Division
                        310 New Bern Avenue
                        Federal Building, Suite 800
                        Raleigh, NC 27601-1461
                        Telephone: (919) 856-4530
                        Facsimile: (919) 856-4821
                        E-mail: matthew.fesak@usdoj.gov
                        NC State Bar #35276
                        Attorney for Plaintiff