UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-3-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC CHRISTOPHER HALL<br>                    Defendant | **MOTION TO CONTINUE<br>SENTENCING HEARING** |

NOW COMES Defendant, ERIC CHRISTOPHER HALL, by and through counsel, and moves the Court for an Order continuing the sentencing hearing from November 6, 2018 for a period of at least thirty (30) days and in support thereof shows:

1. Indictment was filed on January 12, 2017.

2. Defendant was arrested on July 7, 2017.

3. Defendant, represented by Public Defender James A. Martin, was convicted on certain counts at trial by jury on February 12 and 13, 2018.

4. H. P. Williams, Jr. was appointed to represent Defendant on March 1, 2018.

5. Undersigned counsel was appointed to represent Defendant and filed Notice of Appearance on August 15, 2018.

6. Counsel has met with Mr. Williams and received extensive file materials from him.

7. Counsel has met with Defendant in Elizabeth City and had a call to discuss his sentencing as recently as Thursday, October 25, 2018.

8. Counsel is unable to complete his preparation for this sentencing hearing by the scheduled sentencing date of November 6, 2018.

9. In addition, Counsel will be on a trip with his son and grandson on November 6, 2018.

NOW WHEREFORE, Defendant moves to have his sentencing date continued for approximately thirty (30) days.

Opposing counsel, John H. Bennett has no objection to this request for continuance.

This the 31st day of October, 2018.

/s/ David W. Long
David W. Long
State Bar No. 2779
POYNER SPRUILL LLP
Post Office Box 1801
Raleigh, NC  27602
(919) 783-6400
Fax:  (919) 783-1075
dwlong@poyners.com
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MOTION FOR CONTINUANCE through the electronic service function of the Court's electronic filing system, as follows:

>John H. Bennett
>US Attorney's Office
>US Courthouse Annex, 215 South Evans St.
>Suite 206
>Greenville, NC 27858
>
>Matthew Lee Fesak
>US Attorney's Office
>310 New Bern Avenue, Suite 800
>Raleigh, NC 27601

This the 31st day of October, 2018.

/s/ David W. Long
David W. Long